Order issued: October 2, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00848-CV

### LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants

### V.

### GREENVILLE LANDMARK VENTURE, LTD., ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **DENY** appellees' September 18, 2012 motion to dismiss the appeal.

We **ORDER** John Warren, Dallas County Clerk, to file **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing: (1) the judgment signed on March 20, 2012; (2) appellants' motion for new trial; and (3) appellants' notice of appeal.

We **ORDER** David Roy, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, to file **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER** either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellants that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.4(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to John Warren, David Roy, and all counsel of record.

CAROLYN WRIGHT
CHIEF JUSTICE